IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  06-5244 M |
| Petitioner, ) | |
| ) | ORDER ALLOWING WITHDRAWAL AND |
| v. ) | SUBSTITUTION OF COUNSEL |
| ) | |
| GEORGE ELIOTT KABACY, ) | |
| ) | |
| Defendants. ) | |

The motion for the withdrawal of attorney Jerome Kuh as attorney for the defendant and substitution of attorney Jeffrey L. Kradel and the law firm of Cohen & Iaria is hereby approved.

ORDERED this 20th day of December, 2006.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Jeffrey L. Kradel
Jeffrey L. Kradel, WSBA # 26767
Substituting Attorney
1008 Western Ave Ste 302
Seattle, WA 98104

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL  - Page 1

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

1 | PH: 206-624-9694
2 | FAX: 206-624-9691
Email: jlk@cohen-iaria.com
3 |
4 | Copies Received:
5 |
s/Jerome Kuh
6 | Jerome Kuh, WSBA #29653
Withdrawing Attorney
7 | 1331 Broadway Ste 400
Tacoma, WA 98042
8 | PH: 253-593-6710
FAX: 253-593-6714
9 | Email: jerome_kuh@fd.org
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - Page 2

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL  - Page 3

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694