THE HON. FRANKLIN BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | CAUSE NO. CR07-5021 FDB |
| ) | |
|       v. ) | ORDER MODIFYING APPEARANCE BOND |
| ) | |
| GEORGE KABACY, ) | |
| ) | |
|         Defendant. ) | |
| ) | |

THIS MATTER having come before the undersigned judge, upon the Defendant's Motion to Modify the Appearance Bond, to allow Mr. Kabacy to have a medical procedure during the afternoon of Thursday, April 26, 2007, now, therefore,

IT IS HEREBY ORDERED that the Appearance Bond filed on December 21, 2006 (Dkt # 9) is hereby modified as follows:

1.     Mr. Kabacy shall be removed from electronic monitoring for one day, beginning by no later than noon on April 26, 2007, so that Mr. Kabacy can undergo a medical test in the afternoon of April 26th. Electronic monitoring shall resume by no later than noon on April 27, 2007. The ankle bracelet for electronic monitoring shall be removed and replaced under the supervision of United States Pretrial Services.

[PROPOSED] ORDER MODIFYING APPEARANCE BOND - Page 1

COHEN & IARIA
National Bldg., Ste. 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

2.   All other terms and conditions of the Appearance Bond entered on December 21, 2006, remain in full force and effect, and Mr. Kabacy shall remain under the supervision United States Pretrial Services for the time during which he is not on electronic monitoring.

DATED this 25th day of April 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER MODIFYING APPEARANCE BOND - Page 2

COHEN & IARIA
National Bldg., Ste. 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694