THE HON. FRANKLIN BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CAUSE NO. CR07-5021 FDB ) |
| v. | ) ORDER CONTINUING ) MOTIONS' DEADLINE |
| GEORGE KABACY, | ) ) |
| Defendant. | ) ) |

The Court, having reviewed the records and files herein and enters the following order:

The date for filing pretrial motions is hereby extended until July 6, 2007.

DONE this 20th day of June, 2007.

*/s/ Franklin Burgess*

FRANKLIN BURGESS
United States District Judge

[PROPOSED] ORDER CONTINUING MOTIONS' DEADLINE- Page 1

COHEN & IARIA
National Bldg., Ste. 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694