UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>GEORGE ELLIOTT KABACY, M.D.,<br><br>                Defendant. | NO. CR07-5021 FDB<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the properties listed below.

On April 29, 2008, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant George Elliott Kabacy, M.D.'s interest in each of the properties listed below. The properties listed in (a) and (b) below are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as property used and intended to be used to commit the offense to which the defendant pleaded guilty, that is, Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). The property listed in (c) below, is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), because it constitutes the visual depictions themselves.

Following publication of due notice as prescribed by Title 18, United States Code, Section 2253(m), no petitioners or claimants have come forth to assert an interest in the forfeited properties. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following properties seized from George Elliott Kabacy, M.D are hereby fully and finally condemned and

FINAL ORDER OF FORFEITURE - 1
CR07-5021FDB - U.S. v. GEORGE ELLIOTT KABACY, M.D.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

forfeited to the United States in their entirety:

        (a)        One (1) Compaq Presario desktop computer, S/N CNH53208W5;

        (b)        Thirty-six (36) compact discs containing images of child pornography; and

        (c)        Any and all visual images of minor children engaged in sexually explicit conduct.

No right, title, or interest to the above-described properties shall exist in any other party. The United States Marshals Service, is authorized to dispose of the above-described properties in accordance with law. Specifically, the depictions and images listed in (c) above shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 18, United States Code, Section 2253(g).

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send three (3) "raised seal" certified copies to the United States Marshals Service in Seattle, Washington.

DATED this 1st day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   206-553-2242
Fax:          206-553-6934
E-Mail:       Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 2
CR07-5021FDB - U.S. v. GEORGE ELLIOTT KABACY, M.D.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970